UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Doe
                Plaintiff,

v.                                              Case No.: 1:23–cv–02054
                                                        Honorable Elaine E. Bucklo

Rosalind Franklin University, et al.
                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, April 17, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling Conference is set for 5/22/2023 at 9:45 a.m. (to track the case only; no appearance is required). The joint Rule 26(f) planning report is due 5/15/2023. (The form of the report can be found on Judge Bucklo's page at www.ilnd.uscourts.gov.) The court will enter a schedule based on the report. Parties to take note of Judge Bucklo's motion call practice posted on her page at www.ilnd.uscourts.gov. Plaintiff's Ex Parte Motion To Proceed Under A Pseudonym [4][5] is denied. Mailed notice. (pmh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.