**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | |
| vs. | Case No. 23-cv-2054 |
| ROSALIND FRANKLIN UNIVERSITY, *et al.*, | Honorable Elaine E. Bucklo |
| Defendants. | |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **Friday, April 28, 2023, at 9:45 a.m.,** we shall appear before **Judge Elaine E. Bucklo**, **Courtroom 2243**, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604, and present **Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Plead,** a copy of which is hereby served upon you.

Respectfully submitted,

**ROSALIND FRANKLIN UNIVERSITY, and
ROSALIND FRANKLIN UNIVERSITY
BOARD OF TRUSTEES**

By:  */s/ Jennifer A. Smith*
        One of Their Attorneys

Jennifer A. Smith (ARDC #6282870)
(*jas@franczek.com*)
Franczek P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
T: 312-786-6589
F: 312-986-9192

Dated: April 24, 2023

3206414.1

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney hereby certifies that she caused a copy of the foregoing **Notice of Motion** to be filed electronically with the Clerk of the Court using the CMECF filing system which will serve all counsel of record on this 24th day of April, 2023.

>Andrew T. Miltenberg (*pro hac vice forthcoming*)
>Tara J. Davis (*pro hac vice forthcoming*)
>Helen Setton (*pro hac vice forthcoming*)
>Nesenoff & Miltenberg, LLP
>363 Seventh Avenue, Fifth Floor
>New York, New York 10001
>amiltenberg@nmllplaw.com
>tdavis@nmllplaw.com
>hsetton@nmllplaw.com
>
>Elvis Gonzalez
>Elvis Gonzalez, LTD.
>233 South Wacker Drive, Suite 6149
>Chicago, Illinois 60606
>egonzalez@elvisgonzalezltd.com

>/s/Jennifer A. Smith
>jas@franczek.com

3206414.1