**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

John Doe
          Plaintiff,

v.                                        Case No.: 1:23−cv−02054
                                                Honorable Elaine E. Bucklo

Rosalind Franklin University, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 4, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion to proceed under a pseudonym [16] is denied. Enter Order. Plaintiff to file an amended complaint identifying him by his name on or before 8/18/2023. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.