# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Nicholas Gash ,

Plaintiff(s),

v.

Rosalind Franklin University; Rosalind Franklin University Board of Trustees, Allena Barbato, Dr. Nancy Parsley, and Dr. Heather Kind-Keppel,

Defendant(s).

Case No. 1:23-cv-02054
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Defendants Rosalind Franklin University; Rosalind Franklin University Board of Trustees, Allena Barbato, Dr. Nancy Parsley, and Dr. Heather Kind-Keppel and against Plaintiff Nicholas Gash.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss plaintiff's complaint at law [23] and [26].

Date: 9/11/2023

Thomas G. Bruton, Clerk of Court
Maria G. Hernandez , Deputy Clerk